# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JULIA SHEAFOR,

        Plaintiff,

v.                                                 Case No. 07-CV-906

GMR MARKETING, LLC,

        Defendant.

## ORDER

On October 9, 2007, plaintiff Julia Sheafor filed a complaint naming GMR Marketing, LLC, as defendant. The complaint alleges that defendant, as plaintiff's employer, violated Title VII of the Civil Rights Act of 1964 by treating plaintiff less favorably than her male counterparts, and by treating plaintiff less favorably than her Caucasian counterparts. Plaintiff paid the filing fee for this action, and filed a certificate of interest. However, no answer to the complaint or other pleading by any party was subsequently filed.

Pursuant to Fed. R. Civ. P. 4(m), and Civil L.R. 41.1, the court, on December 17, 2008, issued an order notifying plaintiff that she had twenty (20) days from the date of that order to show good cause for failing to timely service defendant. The court made it clear that it would dismiss the complaint if plaintiff failed to comply with the order. There has been no response to the court's December 17, 2008 order.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED** without prejudice pursuant to Civil Local Rule 41.1.

The clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge